**No. 09-989. Dwight J. Loving, Petitioner v. United States.**

562 U.S. 827, 131 S. Ct. 67, 178 L. Ed. 2d 22, 2010 U.S. LEXIS 6670.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 68 M.J. 1.